BRENNAN *v.* BECK *et al.*

PEOPLE *ex rel.* BRENNAN *v.* COMMON COUNCIL OF CITY OF KINGSTON.

(*Supreme Court, General Term, Third Department.* February 4, 1891.)

Appeal from special term, Ulster county.
Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.
*G. D. B. Hasbrouck*, for appellant. *John F. Cloonan*, for respondent.

LANDON, J. Upon above opinion (*Halloran* v. *Carter*, ante, 214,) same orders as above. All concur.